GUSTAFSON *v.* EGER.

WILLS—CONTEST—DIRECTING VERDICT.

> Where, in a will contest, the evidence shows conclusively that deceased was possessed of sufficient mental testamentary capacity, and fails to disclose any undue influence, it is entirely proper to direct a verdict.

Error to Marquette; Stone, J.   Submitted December 6, 1900.   Decided May 7, 1901.

Frank Gustafson presented for probate the will of Augusta D. Gustafson, deceased.   The will was allowed in probate court, and Mary A. Eger and others appealed to the circuit, where a verdict was directed for proponent. Contestants bring error.   Affirmed.

*Clark & Pearl*, for appellants.

*Ball & Ball* (*George Hayden*, of counsel), for appellee.

MONTGOMERY, C. J.   This case presents a contest over the will of Augusta D. Gustafson, deceased.   The will was contested on the ground of mental incapacity and undue influence.   The circuit judge directed a verdict sustaining the will, and contestants have brought the case here for review on error.

When the evidence shows conclusively that deceased possessed sufficient capacity to make a will, and when the record fails to show undue influence, it is entirely proper for the trial court to direct a verdict.   *O'Connor* v. *Madison*, 98 Mich. 183 (57 N. W. 105).   Inasmuch as, upon a careful reading of the record, we are all agreed that the state of the record justifies the action taken by the circuit judge in this case, we do not deem it of advantage to the profession to enter into a detailed statement of the evidence adduced on the trial.

The judgment will be affirmed.

The other Justices concurred.